IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL A. PERRY, JR.,                          :

    Plaintiff,                              :

vs.                                          :   CIVIL ACTION 02-0508-BH-C

DONAL CAMPBELL, et al.,                      :

    Defendants.                             :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 28th day of November, 2005.

                                                                s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE