### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CARL A. PERRY, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 02-0508-BH-C |
| DONAL CAMPBELL, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 28th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　　　s/ W. B. Hand
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE