IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARL A. PERRY, JR., | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 02-0508-BH-C |
| DONAL CAMPBELL, et al., | : |
| Defendants. | : |

ORDER

This action is now before the Court on plaintiff's: (1) motion for rehearing (Doc. 91), in which plaintiff challenges the Court's granting of summary judgment in this case; and (2) motion to amend (Doc. 92), in which plaintiff seeks to challenge a "sentence imposed in Mobile, Alabama, in 1983." Upon consideration of these motions, and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motions are due to be and are hereby **DENIED**. The Court specifically concludes that it properly adopted on November 28, 2005 (Doc. 88) the Report and Recommendation of the Magistrate Judge (Doc. 86) and entered Judgment (Doc. 89) accordingly against the plaintiff. The Court further specifically concludes that plaintiff's present attempt to amend this action to challenge his 1983 state conviction is both inappropriate and without proper foundation.

**DONE** this 21st day of December, 2005.

                                                    s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE